**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

E.H. et al.,
                    Plaintiffs,

    v.                                      No. 05-CV-972
                                                     (GLS/DRH)
SHENENDEHOWA CENTRAL SCHOOL          (Lead Case)
DISTRICT et al.,
                    Defendants.

---

E.H. et al.,
                    Plaintiffs,

    v.                                      No. 06-CV-713
                                                       (GLS/DRH)
SHENENDEHOWA CENTRAL SCHOOL          (Member Case)
DISTRICT et al.,
                    Defendants.

---

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### ORDER OF CONSOLIDATION

A telephone conference was held with counsel for all parties in the two above-captioned cases on November 29, 2006. It appears from that conference that the two cases share common questions of law and fact and that all parties desire that they be consolidated pursuant to Fed. R. Civ. P. 42(a). Good cause appearing. it is hereby

**ORDERED** that:

    1. Pursuant to Fed. R. Civ. P. 42(a), the two above-captioned cases are hereby consolidated for all purposes;

2. Case No. 05-CV-972 shall be designated the "Lead Case" and Case No. 06-CV-713 shall be designated the "Member Case";

3. The Uniform Pretrial Scheduling Order in the Lead Case (Docket No. 37) (UPSO") shall govern the progression of both cases; and

4. The UPSO is hereby amended as follows:

A. The deadline for completion of discovery is extended to **May 29, 2007**;

B. The deadline for filing dispositive motions is extended to **June 30, 2007**;

C. The "Trial Ready" date is extended to **July 31, 2007**; and

D. The UPSO, as amended, remains in full force and effect in all other respects.

**IT IS SO ORDERED.**

DATED: November 30, 2006
        Albany, New York

_David R. Homer_
United States Magistrate Judge